UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **JIMMIE MOBLEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV1701-DJS |
| | ) | |
| **STEVE LARKINS,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #10] is accepted and adopted.

Dated this ___8th___ day of March, 2010.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE